**Electronically Filed
Supreme Court
SCWC-21-0000309
05-MAR-2025
12:41 PM
Dkt. 7 ODAC**

SCWC-21-0000309

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SELENE FINANCE LP,
Respondent/Plaintiff-Appellee,

vs.

MELEANA LIA SMITH,
Petitioner/Defendant-Appellant,

and

H.O.V.E. ROAD MAINTENANCE CORPORATION,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000309; CASE NO. 3CC121000543)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner Meleana Lia Smith's Application for Writ of Certiorari, filed on January 22, 2025, is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 5, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

